SLR:EB:CSK
F#2004V02128
Arizafinalorderforfeiture.wpd

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 4 2005 ★
P.M. _____
TIME A.M. _____

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA

-against-

RUBEN ARIZA,

      Defendant.

------------------X

FINAL ORDER
OF FORFEITURE

04-CR-1116 (CBA)

WHEREAS, on April 5, 2005, defendant RUBEN ARIZA pleaded guilty to Count One of the above captioned Superseding Indictment, charging him with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), for which the Government sought forfeiture of Two Million Sixty Three Thousand, Four Hundred and Fifty Four Dollars and No Cents ($2,063,454.00); and

WHEREAS, on April 6, 2005, this Court so ordered a Preliminary Order of Forfeiture, which was docketed with the Clerk of Court for the Eastern District of New York; and

WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(3), legal notice of publication of the Preliminary Order of Forfeiture was made in the *New York Post*, a daily newspaper of general circulation in the Eastern District of New York, on May 5, 2005, May 12, 2005 and May 19, 2005; no third party has filed with the Court any petition in connection with this matter and

the time to do so under 21 U.S.C. § 853(n)(2) has long expired.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Pursuant to Fed. R. Crim. P. 32.2(c)(2), the Preliminary Order of Forfeiture previously entered by this Court is hereby made a Final Order of Forfeiture.

2. The sum of $2,063,454.00 is hereby forfeited to the United States pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853.

3. The United States Department of Treasury is hereby directed to dispose of the forfeited funds in accordance with all applicable laws and rules.

4. The Clerk of Court shall forward three certified copies of this order to Assistant United States Attorney Claire S. Kedeshian, U.S. Attorney's Office, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Brooklyn, New York
Dated: July 29, 2005

SO ORDERED:
/S/ HON. CAROL B. AMON
_____
HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE